Submitted March 6—decided April 2, 1968

WILLIAM GERIAK ET AL. *v.* JOHN GERIAK ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Frederick M. Tobin,* for the appellee (defendant Anne Geriak); with him was *Richard W. Martin,* for the appellees (plaintiffs).

*Julius B. Kuriansky,* for the appellants (defendant Mildred Geriak et al.).

Argued April 2—decided April 4, 1968

